# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Brad Fineman<br>         Vanessa Fineman aka Vanessa Pilar Sandler<br>                    Debtor(s) | CHAPTER 7<br><br>BKY. NO. 24-10686 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Flagstar Bank, NA and index same on the master mailing list.

                                          Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
07 Mar 2024, 16:41:18, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322