IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael Brad Fineman<br>Vanessa Fineman aka Vanessa Pilar Sandler<br><br>Debtor(s) | Chapter 7<br><br>Bankruptcy Case: 24-10686-mdc |

## CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, attorney for Arvest Bank, hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

    In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by March 25, 2024. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

    STERN & EISENBERG, PC

    By: /s/Daniel P. Jones
    Daniel P. Jones, Esquire
    Stern & Eisenberg, PC
    1581 Main Street, Suite 200
    The Shops at Valley Square
    Warrington, PA 18976
    Phone: (215) 572-8111
    Facsimile: (215) 572-5025
    Bar Number: 321876
    djones@sterneisenberg.com
    Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael Brad Fineman<br>Vanessa Fineman aka Vanessa Pilar Sandler<br><br>      Debtor(s) | Chapter 7<br><br>Bankruptcy Case: 24-10686-mdc |

### CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on April 8, 2024 via First Class Mail.

Michael A. Cataldo
901 Market Street
Suite 3020
Philadelphia, PA 19107
mcataldo@gsbblaw.com
**Counsel for Debtor**

Robert W. Seitzer
1900 Spruce Street
Philadelphia, PA 19103
rseitzer@karalislaw.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage
prepaid to:

Michael Brad Fineman
220 Locust Street
Apartment 22bcs
Philadelphia, PA 19106

Vanessa Fineman aka Vanessa Pilar Sandler
220 Locust Street
Apartment 22bcs
Philadelphia, PA 19106
**Debtor(s)**

                                    STERN & EISENBERG, PC

                                    By: /s/Daniel P. Jones
                                    Daniel P. Jones, Esquire
                                    Stern & Eisenberg, PC
                                    1581 Main Street, Suite 200
                                    The Shops at Valley Square
                                    Warrington, PA 18976
                                    Phone: (215) 572-8111
                                    Facsimile: (215) 572-5025
                                    Bar Number: 321876
                                    djones@sterneisenberg.com
                                    Counsel for Movant