UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>   MICHAEL BRAD FINEMAN<br>   VANESSA FINEMAN AKA VANESSA<br>   PILAR SANDLER<br>      Debtor(s)<br>   ARVEST BANK<br>      Movant<br>   v.<br>   MICHAEL BRAD FINEMAN<br>   VANESSA FINEMAN AKA VANESSA<br>   PILAR SANDLER<br>      Debtor(s)<br>   ROBERT W. SEITZER<br>      Trustee<br>      Respondent(s) | Chapter 7<br><br>Case Number: 24-10686-mdc |

**ORDER**

AND NOW, this __10th__ day of __April__, 2024, upon the motion of Arvest Bank, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Arvest Bank (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 104 LOMBARD STREET, PHILADELPHIA, PA 19147-1602.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_Magdeline D. Coleman_
_____
UNITED STATES BANKRUPTCY JUDGE