United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-10686-mdc

Michael Brad Fineman                                                          Chapter 7

Vanessa Fineman

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

**Recip ID              Recipient Name and Address**
db/jdb             +  Michael Brad Fineman, Vanessa Fineman, 220 Locust Street, Apartment 22bcs, Philadelphia, PA 19106-3935

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

**Name                  Email Address**

DANIEL P. JONES
           on behalf of Creditor Arvest Bank djones@sterneisenberg.com  bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
           on behalf of Creditor Flagstar Bank  NA bkgroup@kmllawgroup.com

MICHAEL A. CATALDO
           on behalf of Debtor Michael Brad Fineman mcataldo@gsbblaw.com
           bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL A. CATALDO
           on behalf of Joint Debtor Vanessa Fineman mcataldo@gsbblaw.com
           bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

ROBERT W. SEITZER
           rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

District/off: 0313-2                                    User: admin                                              Page 2 of 2

Date Rcvd: Apr 10, 2024                        Form ID: pdf900                                  Total Noticed: 1

STEVEN K. EISENBERG

on behalf of Creditor Arvest Bank seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    MICHAEL BRAD FINEMAN<br>    VANESSA FINEMAN AKA VANESSA<br>    PILAR SANDLER<br>        Debtor(s)<br>ARVEST BANK<br>        Movant<br>v.<br>MICHAEL BRAD FINEMAN<br>VANESSA FINEMAN AKA VANESSA<br>PILAR SANDLER<br>        Debtor(s)<br>ROBERT W. SEITZER<br>        Trustee<br>        Respondent(s) | Chapter 7<br><br>Case Number: 24-10686-mdc |

## ORDER

AND NOW, this __10th__ day of _____April_____ , 2024, upon the motion of Arvest Bank, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Arvest Bank (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  104 LOMBARD STREET, PHILADELPHIA, PA 19147-1602.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_Magdeline D. Coleman_
_____

UNITED STATES BANKRUPTCY JUDGE