**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| VANESSA FINEMAN ) | CASE NO.: 24-10686-AMC | |
| aka VANESSA PILAR SANDLER AND ) | | |
| MICHAEL BRAD FINEMAN, ) | | |
| Debtors ) | | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | | |
| FINANCIAL SERVICES VEHICLE TRUST, ) | | |
| Movant ) | **HEARING DATE:** | |
| vs. ) | Wednesday, May 15, 2024 | |
| ) | 11:00 A.M. | |
| VANESSA FINEMAN ) | | |
| aka VANESSA PILAR SANDLER AND ) | | |
| MICHAEL BRAD FINEMAN, ) | | |
| Respondent(s) ) | | |
| and ) | **LOCATION:** | |
| ) | 900 Market Street, Suite 400 | |
| ROBERT W. SEITZER ) | Courtroom No. 4 | |
| Trustee ) | Philadelphia, PA 19107 | |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2024 BMW iX xDrive50 Sports Activity Vehicle, V.I.N. WB523CF00RCN85775) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date: May 16, 2024

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Vanessa Fineman
Michael Brad Fineman
220 Locust Street, Apartment 22bcs
Philadelphia, PA 19106


MICHAEL A. CATALDO
Gellert Scali Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107

ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107

Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106