United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Brad Fineman  
Vanessa Fineman  
    Debtors

Case No. 24-10686-amc  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael Brad Fineman, Vanessa Fineman, 220 Locust Street, Apartment 22bcs, Philadelphia, PA 19106-3935 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

**Name**    **Email Address**

DANIEL P. JONES  
    on behalf of Creditor Arvest Bank djones@sterneisenberg.com bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON  
    on behalf of Creditor Flagstar Bank  NA bkgroup@kmllawgroup.com

MICHAEL A. CATALDO  
    on behalf of Debtor Michael Brad Fineman mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL A. CATALDO  
    on behalf of Joint Debtor Vanessa Fineman mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL PATRICK FARRINGTON  
    on behalf of Creditor Flagstar Bank  NA mfarrington@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

REGINA COHEN
    on behalf of Creditor Financial Services Vehicle Trust rcohen@lavin-law.com  mmalone@lavin-law.com

ROBERT W. SEITZER
    rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

STEVEN K. EISENBERG
    on behalf of Creditor Arvest Bank seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
|   VANESSA FINEMAN | ) | CASE NO.: 24-10686-AMC |
|   aka VANESSA PILAR SANDLER AND | ) | |
|   MICHAEL BRAD FINEMAN, | ) | |
|                          Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| FINANCIAL SERVICES VEHICLE TRUST, | ) | |
|                       Movant | ) | **HEARING DATE:** |
|      vs. | ) | Wednesday, May 15, 2024 |
| | ) | 11:00 A.M. |
| VANESSA FINEMAN | ) | |
| aka VANESSA PILAR SANDLER AND | ) | |
| MICHAEL BRAD FINEMAN, | ) | |
|                   Respondent(s) | ) | |
|      and | ) | **LOCATION:** |
| | ) | 900 Market Street, Suite 400 |
| ROBERT W. SEITZER | ) | Courtroom No. 4 |
|                   Trustee | ) | Philadelphia, PA 19107 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2024 BMW iX xDrive50 Sports Activity Vehicle, V.I.N. WB523CF00RCN85775) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date: May 16, 2024

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Vanessa Fineman
Michael Brad Fineman
220 Locust Street, Apartment 22bcs
Philadelphia, PA 19106


MICHAEL A. CATALDO
Gellert Scali Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107

ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107

Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106