United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10686-amc |
| Michael Brad Fineman | Chapter 7 |
| Vanessa Fineman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 14, 2024 | Form ID: 318 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Brad Fineman, Vanessa Fineman, 220 Locust Street, Apartment 22bcs, Philadelphia, PA 19106-3935 |
| 14860218 | + | ADP INC, PO Box 830272, Philadelphia, PA 19182-0382 |
| 14860219 | + | American Executive Centers, Accounting Department, 101 Lindenwood Drive, Suite 225, Malvern, PA 19355-1762 |
| 14860235 | | Complete Collection Service, 1007 N Federal Highway, #280, Fort Lauderdale, FL 33304-1422 |
| 14860238 | | Credit Control, LLC, 3300 Rider Trail S, Suite 500, Phoenix, AZ 85029-4934 |
| 14860239 | + | Custom brand Groups, 111 N. Apollo Rd, Salt Lake City, UT 84116-3768 |
| 14860244 | + | Fundamate Technologies Inc, 300 Continental Blvd, Suite 410, El Segundo, CA 90245-5053 |
| 14860245 | | Horizon Window Fashions, Dept 4354, Carol Stream, IL 60122-4354 |
| 14860248 | | Keystone Health Plan East, PO Box 8240, Philadelphia, PA 19101-8240 |
| 14860253 | + | Main Line Window Coverings LLC, 104 Lombard Street, Philadelphia, PA 19147-1602 |
| 14860261 | + | RCB, 5900-08 Torresdale Ave, Philadelphia, PA 19135-4127 |
| 14860263 | | Shellpoint , a division of New Rez, PO Box 619063, Dallas, TX 75261-9063 |
| 14860267 | + | Springs Window Fashions, 7549 Graber Road, Middleton, WI 53562-1096 |
| 14860275 | | Yeshaya Gorkin, Esquire, PO Box 605, New York, NY 10038 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 14 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14860222 | | Email/Text: bankruptcy@arvest.com | Jun 14 2024 23:49:00 | Arvest Bank, 415 W. Emma Street, Springdale, AR 72764 |
| 14860220 | + | Email/PDF: bncnotices@becket-lee.com | Jun 14 2024 23:59:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14860221 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 14 2024 23:49:00 | Apple Card, Goldman Sachs Bank USA, Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112 |
| 14860223 | + | Email/Text: bankruptcy@arvest.com | Jun 14 2024 23:49:00 | Arvest Bank, 801 John Barrow Road, Suite 1, Little Rock, AR 72205-6599 |
| 14860225 | | EDI: BMW.COM | Jun 15 2024 03:50:00 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 14860224 | | EDI: BANKAMER | Jun 15 2024 03:50:00 | Bank of America, P.O. Box 15796, Wilmington, DE 19886-5796 |
| 14860231 | | Email/Text: megan.harper@phila.gov | Jun 14 2024 23:49:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105 |
| 14860236 | | Email/Text: cfcbackoffice@contfinco.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 14 2024 23:49:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14860226 | | EDI: CAPITALONE.COM | Jun 15 2024 03:50:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14860229 | + | EDI: CITICORP | Jun 15 2024 03:50:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14860232 | + | Email/Text: bankruptcy@philapark.org | Jun 14 2024 23:50:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14860230 | | Email/Text: megan.harper@phila.gov | Jun 14 2024 23:49:00 | City of Philadelphia, Municipal Services Building, 1401 JFK Blvd Concourse Level, Philadelphia, PA 19102-1663 |
| 14860237 | + | EDI: CCS.COM | Jun 15 2024 03:50:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14860240 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 14 2024 23:49:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14860241 | + | EDI: DISCOVER | Jun 15 2024 03:50:00 | Discover, P.O. BOX 70176, Philadelphia, PA 19176-0176 |
| 14860242 | + | EDI: DISCOVER | Jun 15 2024 03:50:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14860243 | ^ | MEBN | Jun 14 2024 23:45:25 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 14860247 | | EDI: IRS.COM | Jun 15 2024 03:50:00 | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14860227 | | EDI: JPMORGANCHASE | Jun 15 2024 03:50:00 | Chase, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201 |
| 14860228 | | EDI: JPMORGANCHASE | Jun 15 2024 03:50:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 14860249 | + | Email/Text: LibertySOP@cscglobal.com | Jun 14 2024 23:49:00 | Liberty Mutual Insurance, 175 Berkeley Street, Boston, MA 02116-3350 |
| 14860250 | + | Email/Text: Bankruptcy@swiftcapital.com | Jun 14 2024 23:49:00 | Loan Builders/PayPal, Inc, c/o Swift Financial LLC, 3505 Silverdale Rd, Wilmington, DE 19810-4905 |
| 14860255 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 14 2024 23:49:00 | PECO, 2301Market Street, Philadelphia, PA 19103-1380 |
| 14860256 | | Email/Text: bankruptcies@penncredit.com | Jun 14 2024 23:49:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 14860258 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2024 23:49:00 | PNC Bank, P.O. Box 747066, Pittsburgh, PA 15274-7066 |
| 14860259 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2024 23:49:00 | PNC Bank NA, po bOX 747066, Pittsburgh, PA 15274-7066 |
| 14860257 | + | EDI: PENNDEPTREV | Jun 15 2024 03:50:00 | Pennsylvania Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14860257 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 14 2024 23:49:00 | Pennsylvania Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14860260 | + | Email/Text: ngisupport@radiusgs.com | Jun 14 2024 23:49:00 | Radius Global Solutions, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 14860262 | | Email/Text: bankruptcynotices@sba.gov | Jun 14 2024 23:49:00 | SBA, PO Box 3918, Portland, OR 97208-3918 |
| 14860264 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 14 2024 23:49:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14860265 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 14 2024 23:49:00 | Specialized Loan Servicing, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14860266 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 14 2024 23:49:00 | Specialized Loan Servicing, 6200 S Quebec Street, Suite 300, Englewood, CO 80111-4720 |
| 14860268 | ^ | MEBN | Jun 14 2024 23:45:31 | Stern&Eisenberg, 1581 Main Street, Suite 200, Attn Matthew Faillings, Esquire, Warrington, PA 18976-3403 |
| 14860269 | + | EDI: SYNC | Jun 15 2024 03:50:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14860270 | ^ | MEBN | Jun 14 2024 23:45:30 | TD Bank NA, PO Box 1448, Greenville, SC 29602-1448 |
| 14860271 | ^ | MEBN | Jun 14 2024 23:45:34 | UPS Supply Chain Solutions, Inc, 28013 Network Place, Chicago, IL 60673-1280 |
| 14860272 |   | EDI: WFFC2 | Jun 15 2024 03:50:00 | Wells Fargo Bank NA, PO Box 77053, Minneapolis, MN 55480-7753 |
| 14860273 | + | EDI: WFFC2 | Jun 15 2024 03:50:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14860274 | + | EDI: COMCASTCBLCENT | Jun 15 2024 03:50:00 | Xfinity, PO Box 6505, Chelmsford, MA 01824-0905 |
| 14860276 |   | Email/Text: bkfilings@zwickerpc.com | Jun 14 2024 23:50:00 | Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14860234 |   | CMS COM, Po Box 95117 |
| 14860254 |   | MF Enterprises LLC |
| 14860251 |   | Main Line Window Covering |
| 14860252 |   | Main Line Window Coverings |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14860233 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Municipal Services Building, 1401 JFK Blvd Concourse Level, Philadelphia, PA 19101-1496 |
| 14860246 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 145595, Cincinnati, OH 45250 |
| 14861342 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024    Signature:    /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 14, 2024 | Form ID: 318 | Total Noticed: 55

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

**Name** | **Email Address**

DANIEL P. JONES
on behalf of Creditor Arvest Bank djones@sterneisenberg.com bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
on behalf of Creditor Flagstar Bank NA bkgroup@kmllawgroup.com

MICHAEL A. CATALDO
on behalf of Debtor Michael Brad Fineman mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL A. CATALDO
on behalf of Joint Debtor Vanessa Fineman mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

REGINA COHEN
on behalf of Creditor Financial Services Vehicle Trust rcohen@lavin-law.com mmalone@lavin-law.com

ROBERT W. SEITZER
rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

STEVEN K. EISENBERG
on behalf of Creditor Arvest Bank seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Brad Fineman <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2172 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Vanessa Fineman <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4251 <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   24-10686-amc

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Brad Fineman                    Vanessa Fineman
                                        aka Vanessa Pilar Sandler

6/13/24                                 **By the court:**  Ashely M. Chan
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**