United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10686-amc

Michael Brad Fineman  Chapter 7

Vanessa Fineman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Jun 27, 2024  Form ID: 195  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

Recip ID     Recipient Name and Address
db/jdb       + Michael Brad Fineman, Vanessa Fineman, 220 Locust Street, Apartment 22bcs, Philadelphia, PA 19106-3935

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

**Name              Email Address**

DANIEL P. JONES
    on behalf of Creditor Arvest Bank djones@sterneisenberg.com  bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Flagstar Bank  NA bkgroup@kmllawgroup.com

MICHAEL A. CATALDO
    on behalf of Joint Debtor Vanessa Fineman mcataldo@gsbblaw.com
    bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL A. CATALDO
    on behalf of Debtor Michael Brad Fineman mcataldo@gsbblaw.com
    bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

REGINA COHEN
    on behalf of Creditor Financial Services Vehicle Trust rcohen@lavin-law.com  mmalone@lavin-law.com

District/off: 0313-2      User: admin      Page 2 of 2
Date Rcvd: Jun 27, 2024      Form ID: 195      Total Noticed: 1

ROBERT W. SEITZER
     rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

STEVEN K. EISENBERG
     on behalf of Creditor Arvest Bank seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 7

Michael Brad Fineman and Vanessa Fineman              : Case No. 24−10686−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 26, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Chief Judge, United States Bankruptcy Court

39
Form 195